### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GARY B. WASHINGTON | : |
| Petitioner | |
| | |
| v. | : CIVIL ACTION NO. WDQ-02-3973 |
| | |
| RONALD HUTCHINSON, WARDEN | |
| and | : |
| THE ATTORNEY GENERAL FOR THE | |
| STATE OF MARYLAND | |
| Respondents | : |

## **O R D E R**

In accordance with the foregoing Memorandum, IT IS this 26th day of April, 2005, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The above-captioned petition for habeas corpus relief IS DENIED and DISMISSED WITH PREJUDICE; and

2. The Clerk CLOSE this case

                                                                                               /s/
                                            William D. Quarles, Jr.
                                            United States District Judge