IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GARY B. WASHINGTON | * | |
| Petitioner | * | |
| v. | * | Civil Action No. WDQ-02-3973 |
| RONALD HUTCHINSON, WARDEN and THE ATTORNEY GENERAL FOR THE STATE OF MARYLAND | * | |
| Respondents | * | |

FILED
DISTRICT COURT
OF MARYLAND

2005 MAY 17  P  18

CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

## NOTICE OF APPEAL IN A PROCEEDING

### UNDER 28 U.S.C. § 2254

Notice is hereby given that Gary B. Washington, Petitioner/Appellant, appeals to the United States Court of Appeals for the Fourth Circuit from the order denying Petitioner relief under 28 U.S.C. § 2254 and the final judgment in this action entered in favor of Respondents and against Petitioner on the 26th day of April, 2005

*Howard Margulies*
Howard Margulies, Bar ID: 09645
104 E. Biddle Street, Suite 201
Baltimore, Maryland 21202
(410) 382-8902
Attorney for Petitioner/Appellant

### Certificate of Service

I HEREBY CERTIFY that on the __17th__ day of April, 2005, a copy of the foregoing "Notice Of Appeal In A Proceeding Under 28 U.S.C. § 2254" was mailed, postage prepaid, to: Mary Ann Rapp Ince, Assistant Attorney General, Maryland Office of the Attorney General, 200 St. Paul Place, Baltimore, MD 21202-2021.

*Howard Margulies*
Howard Margulies