_FILED            _ENTERED
                 _RECEIVED

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

JUN - 3 2005

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                              DEPUTY

GARY B. WASHINGTON                    *

    Petitioner                             *

v.                                    *    Civil Action No. WDQ-02-3973

RONALD HUTCHINSON, WARDEN             *
    and
THE ATTORNEY GENERAL FOR THE          *
STATE OF MARYLAND
        Respondents               *

    *    *    *    *    *    *    *

## MOTION AND AFFIDAVIT IN SUPPORT OF MOTION FOR
## PERMISSION TO APPEAL *IN FORMA PAUPERIS*

Gary B. Washington, Petitioner, by Howard Margulies, his attorney, moves this Honorable Court for permission to appeal *in forma pauperis* (without prepayment of costs) and for reasons states:

.) On May 17, 2005, Petitioner, Gary B. Washington, noted an appeal to the United States Court of Appeals for the Fourth Circuit.

2. Petitioner is a prisoner incarcerated by the Maryland Division of Corrections, serving a sentence of life imprisonment. His inmate number is 187-874 and he is presently confined at the Maryland House of Corrections, Jessup, Maryland 20794.

3.) In compliance with 28 U.S.C. § 1915(a)(1), Petitioner's affidavit of indigency, including his statement describing the nature of the appeal and his belief that he is entitled to redress, is attached.

4.) In compliance with 28 U.S.C. § 1915(a)(2), a certified copy of the trust fund account statement (or the institutional equivalent) for Petitioner for the six

month period immediately preceding the filing of the notice of appeal is attached.

    5.) Petitioner's attorney, Howard Margulies, has agreed to represent Petitioner in this appeal on a *pro bono* fee basis with Petitioner only responsible for filing fees and costs.

    6.) The filing fee for an appeal in a proceeding under 28 U.S.C.§ 2254 is $255.00 ($5.00 filing fee and $250.00 docketing fee).

WHEREFORE, Gary B. Washington, Petitioner, requests the following relief:

    a.) That he be granted permission to appeal without being required to prepay the filing fee;

    b.) That he be granted permission to pay the filing fee in installments according to the dictates of 28 U.S.C. § 1915; and,

    c.) Such other and further relief as the nature of his cause may require.

                                          _Howard Margulies_

Howard Margulies, Bar ID: 09645
104 E. Biddle Street, Suite 201
Baltimore, Maryland 21202
(410) 382-8902
Attorney for Petitioner

## AFFIDAVIT IN SUPPORT OF MOTION
## FOR LEAVE TO PROCEED IN FORMA PAUPERIS

    I, Gary B. Washington, swear or affirm under penalty of perjury that I am the Petitioner in the above-entitled case, a proceeding under 28 U.S.C.§ 2254, that I have noted an appeal to the United States Court of Appeals for the Fourth Circuit, that I understand the filing fee for the appeal is $255.00 and, because of my poverty, I cannot prepay the filing fee, or give security therefor. I believe I am entitled to redress. My issues on appeal are: first, I was denied effective assistance of counsel because at the time my attorney was defending me on the charge of murder, he was also representing another

B32362    MD DEPT. OF PUBLIC SAFETY AND CORRECTIONAL SERVICES

INMATE BANKING SYSTEM          DATE: 05/26/2005

6 MONTHS INMATE ACCOUNT ANALYSIS

INSTITUTION:   MHC                SSNO:   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

DOC#: 187874     NAME: WASHINGTON     GARY

| MONTH | YEAR | RECEIPT AMOUNT | ACCOUNT BALANCE |
|---|---|---|---|
| APRIL | 2005 | 32.55 | 0.00 |
| MARCH | 2005 | 29.40 | 0.27 |
| FEBRUARY | 2005 | 32.55 | 0.11 |
| JANUARY | 2005 | 32.55 | 0.08 |
| DECEMBER | 2004 | 31.50 | 0.10 |
| NOVEMBER | 2004 | 32.55 | 0.09 |

TOTAL:   191.10

6 MONTHS AVERAGE:   31.85      0.10

INITIAL PARTIAL FILING FEE:     6.37

PRINT SCREEN - PRESS PF2

MAIN MENU=PF5  RCPTS=PF7  DISBURS=PF8  XREF=PF9  ACCT MENU=PF10  CLEAR=SIGN OFF

NO PRINTER ASSOCIATED WITH YOUR TERMINAL. CALL HQTRS

*E. Emmer, CCMSI*

_FILED _    _ENTERED
_LODGED    _RECEIVED

JUN - 3 2005

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                    DEP

**HOWARD MARGULIES**
ATTORNEY AT LAW
OFFICE (410) 382-8902
FAX     (410) 539-1664

✔ **Baltimore Office**
104 E. Biddle Street, Suite 201
Baltimore, Maryland 21202

**Annapolis Office**
128 Lubrano Drive, Suite 202
Annapolis, Maryland 21401

June 1, 2005

Clerk,
United States District Court
For the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

re: Gary B. Washington v. Ronald Hutchinson, Warden, et al.
WDQ-02-3973

Dear Clerk:

Enclosed please find Petitioner Gary B. Washington's **Motion and Affidavit in Support of Motion for Permission to Appeal** *in Forma Pauperis* with a proposed **Order.** Please docket this motion and forward to Judge Quarles.
Thank you.

Very truly yours,

Howard Margulies

cc: Mary Ann Rapp Ince, Assistant Attorney General
Sue Nagle, Deputy Clerk, United States Court of Appeals