FILED ____ ENTERED
____ RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JUN - 3 2005

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____ DEPUTY

| | |
|---|---|
| GARY B. WASHINGTON | * |
| Petitioner | * |
| | * Civil Action No. WDQ-02-3973 |
| RONALD HUTCHINSON, WARDEN and | * |
| THE ATTORNEY GENERAL FOR THE STATE OF MARYLAND | * |
| Respondents | * |

MOTION "GRANTED" THIS ___ DAY OF _____, 20__.

WILLIAM D. QUARLES, JR.
UNITED STATES DISTRICT JUDGE

* * * * * *

## MOTION AND AFFIDAVIT IN SUPPORT OF MOTION FOR PERMISSION TO APPEAL *IN FORMA PAUPERIS*

Gary B. Washington, Petitioner, by Howard Margulies, his attorney, moves this Honorable Court for permission to appeal *in forma pauperis* (without prepayment of costs) and for reasons states

.) On May 17, 2005, Petitioner, Gary B. Washington, noted an appeal to the United States Court of Appeals for the Fourth Circuit.

2.) Petitioner is a prisoner incarcerated by the Maryland Division of Corrections, serving a sentence of life imprisonment. His inmate number is 187-874 and he is presently confined at the Maryland House of Corrections, Jessup, Maryland 20794.

3.) In compliance with 28 U.S.C. § 1915(a)(1), Petitioner's affidavit of indigency, including his statement describing the nature of the appeal and his belief that he is entitled to redress, is attached.

4.) In compliance with 28 U.S.C. § 1915(a)(2), a certified copy of the trust fund account statement (or the institutional equivalent) for Petitioner for the six