## JUDGMENT

FILED: December 29, 2005

### UNITED STATES COURT OF APPEALS

### for the

### Fourth Circuit

No. 05-6764
CA-02-3973-WDQ

GARY B. WASHINGTON

Petitioner - Appellant

v

RONALD HUTCHINSON, Warden; ATTORNEY GENERAL FOR THE STATE OF MARYLAND

Respondents - Appellees

--------------------
Appeal from the United States District Court for the
District of Maryland at Baltimore
--------------------

In accordance with the written opinion of this Court filed this day, the Court denies a certificate of appealability and dismisses the appeal.

A certified copy of this judgment will be provided to the District Court upon issuance of the mandate.  The judgment will take effect upon issuance of the mandate

/s/ Patricia S. Connor

CLERK

<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

—————————

**No. 05-6764**

—————————

**GARY B. WASHINGTON,**

Petitioner - Appellant

versus

**RONALD HUTCHINSON, Warden; ATTORNEY GENERAL**
**FOR THE STATE OF MARYLAND,**

Respondents - Appellees

—————————

**Appeal from the United States District Court for the District of Maryland, at Baltimore. William D. Quarles, Jr., District Judge. (CA-02-3973-WDQ)**

—————————

**Submitted: December 22, 2005          Decided: December 29, 2005**

—————————

**Before WIDENER, NIEMEYER, and KING, Circuit Judges**

—————————

**Dismissed by unpublished per curiam opinion.**

—————————

**Howard Margulies, Baltimore, Maryland, for Appellant. John Joseph Curran, Jr., Attorney General, Mary Ann Rapp Ince, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.**

—————————

**Unpublished opinions are not binding precedent in this circuit See Local Rule 36(c).**

PER CURIAM

Gary B. Washington seeks to appeal the district court's order dismissing his petition filed under 28 U.S.C § 2254 (2000). The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that his constitutional claims are debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. See Miller-El v. Cockrell, 537 U.S 322, 336-38 (2003 ; Slack v. McDaniel, 529 U.S 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683 (4th Cir. 2001). We have independently reviewed record and conclude that Washington has not made the requisite showing. Accordingly, we deny a certificate of appealability dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in materials before the court and argument would not aid decisional process

DISMISSED