```
               UNITED STATES COURT OF APPEALS

               FOR THE FOURTH CIRCUIT
                                              FILED
                                          January 20, 2006
```

No. 05-6764
CA-02-3973-WDQ

GARY B. WASHINGTON

       Petitioner - Appellant

v

RONALD HUTCHINSON, Warden; ATTORNEY GENERAL FOR THE STATE OF MARYLAND

       Respondents - Appellees


M A N D A T E

The judgment of this Court, entered 12/29/05, takes effect this date

A certified copy of this Court's judgment and a copy of its decision are issued herewith and constitute the mandate of this Court.

                 /s/ Patricia S. Connor
                 -----------------------
                     CLERK

